Max Sanchez "PRO SE"
4632 E. Princeton Ave.
Fresno CA 93703
Phone: 559-394-6963



FILED

APR 0 5 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX SANCHEZ<br><br>    Plaintiff,<br><br>v.<br><br>J.C. CHRISTENSENT & ASSOCIATES INC.<br><br>    Defendant. | Case No. **1:16-CV-00407-LJO-EPG**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES the Plainitff, Max Sanchez, and hereby informs the Court that a settlement of the present matter has been reached between Plaintiff and the Defendant J.C. Christensen & Associates Inc. in this cause of action. The parties have reached a settlement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff.

Respectfully Submitted,

*/s/ Max Sanchez*

Max Sanchez

Notice of Settlement Attachment 1

## **CERTIFICATE OF SERVICE**

The true and correct copy of the foregoing was sent to the below named party by first class USPS mail.

SHERYL D. NOEL #172551  
DARRYL J. HOROWITT #100898  
COLEMAN & HOROWITT, LLP  
Attorneys at Law  
499 West Shaw, Suite 116  
Fresno, California 93704  
Telephone: (559) 248-4820  
Facsimile: (559) 248-4830

Dated: April 5, 2016

/Max Sanchez