Max Sanchez "PRO SE"
4632 E. Princeton Ave.
Fresno, CA. 93703
Phone #559-394-6963



THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX SANCHEZ<br><br>Plaintiff,<br><br>v.<br><br>J.C. CHRISTENSEN & ASSOCIATES INC.<br><br>Defendant. | Case No. **1:16-CV-00407-LJO-EPG**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, Max Sanchez, who having reached a settlement agreement with the Defendant J.C. CHRISTENSEN & ASSOCIATES, INC. in the above styled cause of action brings this motion for Order of Dismissal WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1), and request the Court enter such Order in the above styled case pending before this Honorable Court with each party baring their own costs of this action.

Respectfully Submitted,

*/s/ Max Sanchez*
Max Sanchez

1
Notice of Voluntary Dismissal With Prejudice Attachment

## **CERTIFICATE OF SERVICE**

The true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

SHERYL D. NOEL #172551
DARRYL J. HOROWITT #100898
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Dated: April 18, 2016

Max Sanchez